IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORRAINE KOIKE,

      Plaintiff,

v.                                   CIV No. 14-0933 JCH/KBM

ASSET RECOVERY SOLUTIONS, LLC
and REGENT & ASSOCIATES,

      Defendants.

<u>ORDER TO SHOW CAUSE</u>

      This matter is before the Court *sua sponte*.  Contrary to his assertion in the notice of removal of this action, the entity sued is Regent & Associates, not "Ahn H. Regent D/B/A Regent & Associates."  Mr. Regent is not licensed to practice in New Mexico and has not, thus far, attempted to comply with this Court's Local Rule 83.3 which provides "A corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court."  Moreover, attorneys licensed outside the district must either associate with a member of the Federal Bar pursuant to D.N.M.LR-Civ 83.3(a) or apply to practice in accordance with D.N.M.LR-Civ. 83.2.

      IT IS THEREFORE ORDERED that no later than November 3, 2014, Mr. Regent must file a response to this Order showing cause why he should be allowed to proceed as counsel for Defendant Regent & Associates outside of compliance with D.N.M.LR-Civ. 83.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE