IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORRAINE KOIKE,

    Plaintiff,

v.                                                                   CIV No. 14-0933 JCH/KBM

ASSET RECOVERY SOLUTIONS, LLC
and REGENT & ASSOCIATES,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On October 27, 2014, this Court Ordered Ahn H. Regent to file a response showing cause by November 3, 2014, why he should be allowed to proceed as counsel for Defendant Regent & Associates without complying with D.N.M.LR-Civ. 83. Mr. Regent has not responded to the Court's Order to Show Cause. The Notice of Electronic Filing indicates that the Order to Show Cause was electronically mailed to Mr. Regent at his e-mail address of record, and the Court has no reason to believe that he did not receive notice of the Order.

IT IS HEREBY ORDERED that Mr. Regent shall appear before me, telephonically, on **Friday, November 14, 2014, at 2:30 p.m**. by calling my conference line at (505) 348-2353, to show cause why the Court should not strike the Notice of Removal, which he filed on behalf of Regent & Associates on October 17, 2014.

                                                                                                _____
                                                                     UNITED STATES CHIEF MAGISTRATE JUDGE